UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JONES'S PERSONAL PROPERTY, | ) | No. 5:15-CV-916-FL |
| SPECIFICALLY DESCRIBED AS; A | ) | |
| DEL-TON, INC. DTI-15 RIFLE CALIBER | ) | |
| 556; SERIAL NUMBER DTI-S081048; A | ) | |
| TAURUS PT111 MILLENIUM G2 PISTOL | ) | |
| CALIBER 9, SERIAL NUMBER TIW84772 | ) | |
| A SMITH & WESSON M&P 40 SHIELD | ) | |
| PISTOL, CALIBER 40, SERIAL NUMBER | ) | |
| HKU6685; SIXTY (60) ROUNDS OF | ) | |
| TULA CARTRIDGE WORKS – RUSSIA | ) | |
| AMMUNITION, CALIBER 223; THIRTY | ) | |
| (30) ROUNDS PMC AMMUNITION, | ) | |
| CALIBER 223; THIRTEEN (13) | ) | |
| ROUNDS WINCHESTER–WESTERN | ) | |
| AMMUNITION, CALIBER 40; | ) | |
| TWENTY–FOUR (24) ROUNDS | ) | |
| WINCHESTER–WESTERN | ) | |
| AMMUNITION, CALIBER 9, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 16, 2017, and for the reasons set forth more specifically therein, that the defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on August 16, 2017, and Copies To:**
Stephen A. West (via CM/ECF Notice of Electronic Filing)
LaToya Jones, 1901-101 Orchard Hollow Lane, Raleigh, NC 27603


August 16, 2017                    PETER A. MOORE, JR.
                                     /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk